IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   vs.                    :  CIVIL NO: C-1-00-0174
                            :  JUDGE SPIEGEL

**VERNICE EILAND,**

      **Defendant.**

## DISCHARGE OF JUDGMENT

The Plaintiff having been notified by its client agency that this debt has been discharged, through administrative procedures, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                            GREGORY G. LOCKHART
                                            United States Attorney


                                            s/Deborah F. Sanders
                                            DEBORAH F. SANDERS (0043575)
                                            Assistant United States Attorney
                                            303 Marconi Boulevard, Suite 200
                                            Columbus, Ohio  43215
                                            (614) 469-5715

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2006, I electronically filed the foregoing Discharge of Judgment with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Vernice Eiland, 810 Cleveland Avenue, Cincinnati, Ohio 45229.

                                                   s/Deborah F. Sanders
                                                   Deborah F. Sanders (0043575)
                                                   Assistant United States Attorney